In the Matter of LUELLA M. RAYMOND et al.,
Respondents.
THE GREEN-WOOD CEMETERY, Appellant.

(Submitted February 13, 1929; decided March 19, 1929.)

*Roy C. Gasser* and *Henry H. Anderson* for appellant.
*Walter H. Gilpatric* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.